FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 29  PM 1:48

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LEGISTINE NORTH, ET AL                                    CIVIL ACTION

VERSUS                                                            NO. 07-9255

JEFFERY E. TRAVIS                                         SECTION: "F"(5)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion for summary judgment, rec. doc. 67, is **GRANTED** and that plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**, but with prejudice for the purpose of proceeding in forma pauperis pursuant to 28 U.S.C. §1915.

**IT IS FURTHER ORDERED** that the motion for summary judgment filed on behalf of plaintiffs, Coindell Bryant and John Smith, rec. doc. 30, is **DENIED**.

New Orleans, Louisiana, this 29th day of October, 2008.

UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
_X___ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____